# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Tucker Company Worldwide, Inc | 12/20/2022 | 266616 | Check | $ 1,206.00 |
| Akorn Operating Company, LLC | Tucker Company Worldwide, Inc | 1/5/2023 | 266480 | Check | $ 39,403.48 |
| Akorn Operating Company, LLC | Tucker Company Worldwide, Inc | 1/6/2023 | 266615 | Check | $ 20,802.88 |
| Akorn Operating Company, LLC | Tucker Company Worldwide, Inc | 1/12/2023 | 267037 | Check | $ 117,528.83 |
| Akorn Operating Company, LLC | Tucker Company Worldwide, Inc | 1/26/2023 | 267083 | Check | $ 2,806.76 |
| Akorn Operating Company, LLC | Tucker Company Worldwide, Inc | 2/2/2023 | 267213 | Check | $ 15,887.09 |
| Akorn Operating Company, LLC | Tucker Company Worldwide, Inc | 2/3/2023 | 267142 | Check | $ 43,753.03 |
| Akorn Operating Company, LLC | Tucker Company Worldwide, Inc | 2/8/2023 | 267318 | Check | $ 8,545.10 |
| Akorn Operating Company, LLC | Tucker Company Worldwide, Inc | 2/13/2023 | 267373 | Check | $ 41,261.85 |
| | | | | | $ 291,195.02 |