IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>TUCKER COMPANY WORLDWIDE, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50214 (KBO) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kevin M. Capuzzi and Juan E. Martinez of Benesch, Friedlander, Coplan & Aronoff LLP hereby enter their appearances (the "Notice of Appearance") in the above-captioned adversary proceeding as counsel for defendant Tucker Company Worldwide, Inc. ("Tucker"), pursuant to section 342 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

By this Notice of Appearance, Tucker requests that copies of any and all notices and papers filed or entered in this adversary proceeding be given to and served upon the following:

Kevin M. Capuzzi
Juan E. Martinez
BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
       jmartinez@beneschlaw.com

PLEASE TAKE FURTHER NOTICE that this constitutes not only a request for service of the notices and papers specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, filing, claim, or suit is not intended nor shall be deemed to waive the rights of Tucker to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) maintain any objection to the jurisdiction and/or venue

of the Bankruptcy Court or any other court for any purpose; or (6) assert any other rights, claims, actions, defenses, setoffs, or recoupments to which Tucker, or any member thereof, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: May 28, 2025                     **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                                             */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (No. 5462)
Juan E. Martinez (No. 6863)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Email: kcapuzzi@beneschlaw.com
          jmartinez@beneschlaw.com

*Counsel to Tucker Company Worldwide, Inc.*

**CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, hereby certify that on May 28, 2025, I caused a copy of the foregoing *Notice of Appearance and Request for Service of Papers*, to be filed through the Court's CM/ECF system and served on all parties that have filed an appearance and request for notices under Fed. R. Bankr. P. 2002(i) in this adversary proceeding via CM/ECF in accordance with Rule 9036-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

                                                  */s/ Kevin M. Capuzzi*
                                                  Kevin M. Capuzzi (No. 5462)

                                                  *Counsel to Tucker Company Worldwide, Inc.*