# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>TUCKER COMPANY WORLDWIDE, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50214 (KBO) |

## NOTICE OF SERVICE OF DEFENDANT
## TUCKER COMPANY WORLDWIDE, INC.'S INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on July 11, 2025, a copy of *Defendant Tucker Company Worldwide, Inc.'s Initial Disclosures* were caused to be served on the following counsel of record via email:

**SAUL EWING LLP**
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Special Counsel to Plaintiff*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

| | |
|---|---|
| Dated: July 11, 2025 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| | /s/ Kevin M. Capuzzi |
| | Kevin M. Capuzzi (No. 5462) |
| | Juan E. Martinez (No. 6863) |
| | 1313 North Market Street, Suite 1201 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 442-7010 |
| | Email: kcapuzzi@beneschlaw.com |
| |          jmartinez@beneschlaw.com |
| | *Counsel to Tucker Company Worldwide, Inc.* |