# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>TUCKER COMPANY WORLDWIDE, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50214 (KBO) |

## NOTICE OF WITHDRAWAL OF A.D.I. 10

**PLEASE TAKE NOTICE** on July 11, 2025, the undersigned counsel erroneously filed the *Notice of Service of Defendant Tucker Company Worldwide, Inc.'s Initial Disclosures* [A.D.I. 10] (the "Notice of Service") in the above-referenced adversary proceeding.

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws the Notice of Service filed at A.D.I. 10 because it was filed under the wrong party. The Notice of Service will be refiled under the correct party.

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

|  |  |
|---|---|
| Dated: July 11, 2025 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br> /s/ *Kevin M. Capuzzi*  <br>Kevin M. Capuzzi (No. 5462)<br>Juan E. Martinez (No. 6863)<br>1313 North Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Email: kcapuzzi@beneschlaw.com<br>           jmartinez@beneschlaw.com<br><br>*Counsel to Tucker Company Worldwide, Inc.* |