# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                Plaintiff,<br>    v.<br><br>TUCKER COMPANY WORLDWIDE, INC.,<br><br>                Defendant. | Adv. Proc. No. 25-50214 (KBO) |

## NOTICE OF APPOINTMENT OF MEDIATOR

PLEASE TAKE NOTICE that pursuant to paragraph 17 of the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* entered by the Court on June 11, 2025, Connor Bifferato has been appointed as mediator in the above-captioned adversary proceeding.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

| | |
|---|---|
| Dated: November 20, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Paige N. Topper*<br>Evan T. Miller (No. 5364)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Tel: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Special Counsel to George L. Miller, the Chapter 7 Trustee of the Bankruptcy Estates of Akorn Holding Company LLC, et al.* |