# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 23−10253−KBO |
| Akorn Holding Company LLC ) | Bankruptcy Chapter: 7 |
|    Debtor ) | |
| _____ ) | |
| George Miller ) | |
| ) | |
|    Plaintiff ) | Adv. Proc. No.:  25−50214−KBO |
|    vs. ) | |
| Tucker Company Worldwide, Inc ) | |
|    Defendant ) | |

### ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

Pursuant to this Court's Local Rule 9019−5, George Miller , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above−captioned adversary proceeding. Upon the foregoing, it is hereby

    **ORDERED** that this matter is scheduled for  Mediation ; and it is further

    **ORDERED** that the above−captioned adversary proceeding is hereby assigned to mediation; and it is further

    **ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court, or as indicated in the Stipulation to Appoint a Mediator; and it is further

    **ORDERED** that:

      (a) If the parties have stipulated to entry of this order, Ian Connor Bifferato , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,

      (b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further

    **ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further

    **ORDERED** that all deadlines as defined in the Streamlined Procedures Order entered 6/11/25 shall apply.

Date: 11/24/25

                                                             Karen B Owens
                                                            Bankruptcy Judge

(VAN−447)

United States Bankruptcy Court
District of Delaware

Miller,
    Plaintiff

Adv. Proc. No. 25-50214-KBO

Tucker Company Worldwide, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 2
Date Rcvd: Nov 24, 2025      Form ID: van447      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| md | + Ian Connor Bifferato, The Bifferato Firm, P.A., 112 French Street, Wilmington, DE 19801-5035 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: gmiller@mctllp.com | Nov 24 2025 20:06:00 | George Miller, 1628 John F. Kennedy Blvd, #950, Philadelphia, PA 19103-2110 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Evan T. Miller | on behalf of Plaintiff George Miller evan.miller@saul.com  robyn.warren@saul.com;sean.kenny@saul.com |
| Ian Connor Bifferato | on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal  mstewart@tbf.legal;mferraro@tbf.legal |
| Juan E Martinez | on behalf of Defendant Tucker Company Worldwide  Inc. jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 24, 2025 | Form ID: van447 | Total Noticed: 2 |

Kevin M. Capuzzi
    on behalf of Defendant Tucker Company Worldwide  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Michelle G. Novick
    on behalf of Plaintiff George Miller michelle.novick@saul.com

Paige Noelle Topper
    on behalf of Plaintiff George Miller paige.topper@saul.com cassandra.joyner@saul.com

Steven C. Reingold
    on behalf of Plaintiff George Miller steven.reingold@saul.com michele.urann@saul.com

Turner Falk
    on behalf of Plaintiff George Miller turner.falk@saul.com tnfalk@recap.email

TOTAL: 8