**PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>          Plaintiff,<br>    v.<br><br>TUCKER COMPANY WORLDWIDE, INC.,<br><br>          Defendant. | Adv. Proc. No. 25-50214 (KBO) |

**ORDER GRANTING TUCKER COMPANY WORLDWIDE, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Before this Court is a Motion for Summary Judgment (the "Motion") by defendant, Tucker

Company Worldwide, Inc. This Court, having considered the Motion and finding good cause to

grant the same

IT IS HEREBY ORDERED THAT:

1.  the Motion is GRANTED; and

2.  this Adversary Proceeding is hereby DISMISSED with prejudice.

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.