# APPENDIX 2

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0554153 | 2618.71 | 5/18/21 | 7/14/2021 | -2618.71 | 57 |
| AKORLAIL | 0554545 | 2392.32 | 5/18/21 | 7/14/2021 | -2369.23 | 57 |
| AKORLAIL | 0554106 | 2612.74 | 5/18/21 | 7/19/2021 | -2612.74 | 62 |
| AKORLAIL | 0556019 | 2398.6 | 6/10/21 | 7/19/2021 | -2374.66 | 39 |
| AKORLAIL | 0556020 | 2398.6 | 6/11/21 | 7/22/2021 | -2374.66 | 41 |
| AKORLAIL | 0556018 | 2630.65 | 6/28/21 | 8/3/2021 | -2630.65 | 36 |
| AKORLAIL | 0556022 | 2400.7 | 6/28/21 | 8/3/2021 | -2376.47 | 36 |
| AKORLAIL | 0558090 | 11117.65 | 7/1/21 | 8/3/2021 | -11117.65 | 33 |
| AKORLAIL | 0558093 | 6885.41 | 7/1/21 | 8/3/2021 | -6885.41 | 33 |
| AKORLAIL | 0556014 | 3207.66 | 7/2/21 | 8/3/2021 | -3207.66 | 32 |
| AKORLAIL | 0556021 | 2400.7 | 7/28/21 | 8/3/2021 | -2409.08 | 6 |
| AKORLAIL | 0554545 | 2392.32 | 5/18/21 | 8/10/2021 | -23.09 | 84 |
| AKORLAIL | 0556019 | 2398.6 | 6/10/21 | 8/10/2021 | -23.94 | 61 |
| AKORLAIL | 0556020 | 2398.6 | 6/11/21 | 8/10/2021 | -23.94 | 60 |
| AKORLAIL | 0558228 | 2402.58 | 7/28/21 | 8/10/2021 | -2402.58 | 13 |
| AKORLAIL | 0554547 | 2398.6 | 6/1/21 | 8/17/2021 | -2398.60 | 77 |
| AKORLAIL | 0554155 | 2627.66 | 6/2/21 | 8/17/2021 | -2627.66 | 76 |
| AKORLAIL | 0554156 | 2627.66 | 6/7/21 | 8/17/2021 | -2627.66 | 71 |
| AKORLAIL | 0558220 | 2404.89 | 7/16/21 | 8/17/2021 | -2404.89 | 32 |
| AKORLAIL | 0554154 | 3144.68 | 7/28/21 | 8/17/2021 | -3144.68 | 20 |
| AKORLAIL | 0554585 | 2398.42 | 7/28/21 | 8/17/2021 | -2398.42 | 20 |
| AKORLAIL | 0556012 | 2400.5 | 7/28/21 | 8/17/2021 | -2400.50 | 20 |
| AKORLAIL | 0556070 | 2402.79 | 7/28/21 | 8/17/2021 | -2404.89 | 20 |
| AKORLAIL | 0558219 | 2402.79 | 7/28/21 | 8/17/2021 | -2403.58 | 20 |
| AKORLAIL | 0558224 | 2633.63 | 7/28/21 | 8/17/2021 | -2636.62 | 20 |
| AKORLAIL | 0558225 | 2636.62 | 7/20/21 | 8/24/2021 | -2636.62 | 35 |
| AKORLAIL | 0558230 | 2404.66 | 7/21/21 | 8/24/2021 | -2404.66 | 34 |
| AKORLAIL | 0554546 | 2396.51 | 7/28/21 | 9/2/2021 | -23.66 | 36 |
| AKORLAIL | 0554584 | 2396.34 | 7/28/21 | 9/2/2021 | -23.65 | 36 |
| AKORLAIL | 0556009 | 2398.42 | 7/28/21 | 9/2/2021 | -23.94 | 36 |
| AKORLAIL | 0556010 | 2398.42 | 7/28/21 | 9/2/2021 | -23.94 | 36 |
| AKORLAIL | 0558221 | 2404.89 | 7/28/21 | 9/2/2021 | -2404.89 | 36 |
| AKORLAIL | 0558226 | 2636.62 | 7/28/21 | 9/2/2021 | -2636.62 | 36 |
| AKORLAIL | 0558229 | 2404.66 | 7/28/21 | 9/2/2021 | -2404.66 | 36 |
| AKORLAIL | 0559946 | 3000 | 7/21/21 | 9/8/2021 | -3000.00 | 49 |
| AKORLAIL | 0560056 | 3100 | 7/22/21 | 9/8/2021 | -3100.00 | 48 |
| AKORLAIL | 0556011 | 2680.5 | 7/28/21 | 9/8/2021 | -304.22 | 42 |
| AKORLAIL | 0558227 | 2636.62 | 8/2/21 | 9/8/2021 | -2636.62 | 37 |
| AKORLAIL | 0558222 | 2404.89 | 8/4/21 | 9/8/2021 | -2404.89 | 35 |
| AKORLAIL | 0560749 | 2406.74 | 8/4/21 | 9/8/2021 | -2406.74 | 35 |
| AKORLAIL | 0558231 | 2404.66 | 8/5/21 | 9/8/2021 | -2404.66 | 34 |
| AKORLAIL | 0560745 | 2406.98 | 8/5/21 | 9/8/2021 | -2406.98 | 34 |
| AKORLAIL | 0560741 | 2639.6 | 8/9/21 | 9/14/2021 | -2639.60 | 36 |
| AKORLAIL | 0560746 | 2446.98 | 8/13/21 | 9/14/2021 | -2446.98 | 32 |
| AKORLAIL | 0560742 | 2639.6 | 8/17/21 | 9/21/2021 | -2639.60 | 35 |
| AKORLAIL | 0560751 | 2406.74 | 8/19/21 | 9/21/2021 | -2406.74 | 33 |
| AKORLAIL | 0560747 | 2406.98 | 8/20/21 | 9/21/2021 | -2406.98 | 32 |
| AKORLAIL | 0560743 | 2639.6 | 8/23/21 | 10/4/2021 | -2639.60 | 42 |
| AKORLAIL | 0560748 | 2402.79 | 8/27/21 | 10/4/2021 | -2402.79 | 38 |
| AKORLAIL | 0558088 | 4237.38 | 8/16/21 | 10/12/2021 | -4237.38 | 57 |
| AKORLAIL | 0560750 | 3446.74 | 8/18/21 | 10/12/2021 | -3446.74 | 55 |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0561769 | 12352.94 | 8/18/21 | 10/12/2021 | -12352.94 | 55 |
| AKORLAIL | 0561767 | 11117.65 | 8/20/21 | 10/12/2021 | -11117.65 | 53 |
| AKORLAIL | 0560744 | 2633.63 | 8/31/21 | 10/12/2021 | -2633.63 | 42 |
| AKORLAIL | 0560752 | 2402.58 | 8/31/21 | 10/12/2021 | -2402.58 | 42 |
| AKORLAIL | 0560753 | 2404.66 | 9/1/21 | 10/12/2021 | -2404.66 | 41 |
| AKORLAIL | 0563534 | 2636.62 | 9/7/21 | 10/14/2021 | -2636.62 | 37 |
| AKORLAIL | 0563524 | 2404.66 | 9/8/21 | 10/14/2021 | -2404.66 | 36 |
| AKORLAIL | 0563529 | 2404.89 | 9/9/21 | 10/14/2021 | -2404.89 | 35 |
| AKORLAIL | 0563528 | 2404.89 | 9/13/21 | 10/20/2021 | -2404.89 | 37 |
| AKORLAIL | 0563530 | 2406.98 | 9/16/21 | 10/20/2021 | -2406.98 | 34 |
| AKORLAIL | 0563525 | 2406.74 | 9/17/21 | 10/20/2021 | -2406.74 | 33 |
| AKORLAIL | 0563535 | 2639.6 | 9/21/21 | 10/27/2021 | -2639.60 | 36 |
| AKORLAIL | 0563536 | 2639.6 | 9/21/21 | 10/27/2021 | -2639.60 | 36 |
| AKORLAIL | 0564396 | 8486.11 | 9/21/21 | 10/27/2021 | -8486.11 | 36 |
| AKORLAIL | 0563526 | 2408.82 | 9/23/21 | 10/27/2021 | -2408.82 | 34 |
| AKORLAIL | 0563531 | 2409.08 | 9/23/21 | 10/27/2021 | -2409.08 | 34 |
| AKORLAIL | 0563537 | 2642.59 | 9/28/21 | 11/3/2021 | -2642.59 | 36 |
| AKORLAIL | 0563532 | 2411.17 | 9/30/21 | 11/3/2021 | -2411.17 | 34 |
| AKORLAIL | 0563527 | 2410.9 | 10/6/21 | 11/9/2021 | -2410.90 | 34 |
| AKORLAIL | 0565433 | 2417.14 | 10/6/21 | 11/9/2021 | -2417.14 | 34 |
| AKORLAIL | 0565429 | 2417.46 | 10/8/21 | 11/9/2021 | -2417.46 | 32 |
| AKORLAIL | 0565424 | 2654.53 | 10/11/21 | 11/18/2021 | -2654.53 | 38 |
| AKORLAIL | 0565430 | 2417.46 | 10/14/21 | 11/18/2021 | -2417.46 | 35 |
| AKORLAIL | 0565434 | 2417.14 | 10/15/21 | 11/18/2021 | -2417.14 | 34 |
| AKORLAIL | 0565425 | 2654.53 | 10/18/21 | 11/29/2021 | -2654.53 | 42 |
| AKORLAIL | 0565431 | 2432.12 | 10/22/21 | 11/29/2021 | -2432.12 | 38 |
| AKORLAIL | 0565435 | 2431.7 | 10/22/21 | 11/29/2021 | -2431.70 | 38 |
| AKORLAIL | 0565426 | 2675.42 | 10/25/21 | 12/2/2021 | -2675.42 | 38 |
| AKORLAIL | 0565432 | 2436.31 | 10/28/21 | 12/2/2021 | -2436.31 | 35 |
| AKORLAIL | 0565436 | 2435.86 | 11/1/21 | 12/8/2021 | -2435.86 | 37 |
| AKORLAIL | 0565427 | 2681.39 | 11/2/21 | 12/8/2021 | -2681.39 | 36 |
| AKORLAIL | 0567540 | 2438.41 | 11/4/21 | 12/8/2021 | -2438.41 | 34 |
| AKORLAIL | 0567532 | 2684.38 | 11/9/21 | 12/14/2021 | -2684.38 | 35 |
| AKORLAIL | 0567546 | 2437.94 | 11/10/21 | 12/14/2021 | -2437.94 | 34 |
| AKORLAIL | 0567547 | 2437.94 | 11/10/21 | 12/14/2021 | -2437.94 | 34 |
| AKORLAIL | 0567654 | 4716.47 | 11/11/21 | 12/14/2021 | -4716.47 | 33 |
| AKORLAIL | 0567541 | 2438.41 | 11/12/21 | 12/14/2021 | -2438.41 | 32 |
| AKORLAIL | 0567533 | 2684.38 | 11/15/21 | 1/4/2022 | -2684.38 | 50 |
| AKORLAIL | 0567659 | 4716.47 | 11/16/21 | 1/4/2022 | -4716.47 | 49 |
| AKORLAIL | 0567542 | 2438.41 | 11/19/21 | 1/4/2022 | -2438.41 | 46 |
| AKORLAIL | 0567534 | 2684.38 | 11/23/21 | 1/4/2022 | -2684.38 | 42 |
| AKORLAIL | 0567548 | 2437.94 | 11/24/21 | 1/4/2022 | -2437.94 | 41 |
| AKORLAIL | 0567660 | 4716.47 | 11/24/21 | 1/4/2022 | -4716.47 | 41 |
| AKORLAIL | 0567549 | 2836.46 | 12/2/21 | 1/17/2022 | -2836.46 | 46 |
| AKORLAIL | 0567550 | 2836.46 | 12/2/21 | 1/17/2022 | -2836.46 | 46 |
| AKORLAIL | 0569301 | 2837.99 | 12/3/21 | 1/17/2022 | -2837.99 | 45 |
| AKORLAIL | 0569291 | 2681.39 | 12/7/21 | 1/17/2022 | -2681.39 | 41 |
| AKORLAIL | 0569313 | 2832.3 | 12/10/21 | 1/17/2022 | -2832.30 | 38 |
| AKORLAIL | 0567661 | 4712.05 | 12/13/21 | 1/19/2022 | -4712.05 | 37 |
| AKORLAIL | 0569303 | 2831.71 | 12/16/21 | 1/19/2022 | -2831.71 | 34 |
| AKORLAIL | 0569314 | 2830.22 | 12/16/21 | 1/19/2022 | -2830.22 | 34 |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0569320 | 4698.79 | 12/20/21 | 1/24/2022 | -4698.79 | 35 |
| AKORLAIL | 0569293 | 2672.44 | 12/22/21 | 1/24/2022 | -2672.44 | 33 |
| AKORLAIL | 0569315 | 2830.22 | 12/23/21 | 1/24/2022 | -2830.22 | 32 |
| AKORLAIL | 0569321 | 5698.79 | 12/28/21 | 2/1/2022 | -5698.79 | 35 |
| AKORLAIL | 0569305 | 2829.61 | 1/3/22 | 2/9/2022 | -2829.61 | 37 |
| AKORLAIL | 0571447 | 5336.23 | 1/3/22 | 2/9/2022 | -5336.23 | 37 |
| AKORLAIL | 0569316 | 2828.14 | 1/4/22 | 2/9/2022 | -2828.14 | 36 |
| AKORLAIL | 0571076 | 2828.14 | 1/6/22 | 2/9/2022 | -2828.14 | 34 |
| AKORLAIL | 0571071 | 2669.45 | 1/11/22 | 2/16/2022 | -2669.45 | 36 |
| AKORLAIL | 0571349 | 4694.37 | 1/12/22 | 2/16/2022 | -4694.37 | 35 |
| AKORLAIL | 0571077 | 2832.3 | 1/18/22 | 2/24/2022 | -2832.30 | 37 |
| AKORLAIL | 0571085 | 2829.61 | 1/19/22 | 2/24/2022 | -2427.93 | 36 |
| AKORLAIL | 0571086 | 2833.8 | 1/19/22 | 2/24/2022 | -2432.12 | 36 |
| AKORLAIL | 0571072 | 2675.42 | 1/20/22 | 2/24/2022 | -2675.42 | 35 |
| AKORLAIL | 0571078 | 2832.3 | 1/20/22 | 2/24/2022 | -2832.30 | 35 |
| AKORLAIL | 0571350 | 4703.21 | 1/20/22 | 2/24/2022 | -4703.21 | 35 |
| AKORLAIL | 0571450 | 5602.42 | 1/18/22 | 3/1/2022 | -5602.42 | 42 |
| AKORLAIL | 0572685 | 1910.5 | 1/24/22 | 3/1/2022 | -1910.50 | 36 |
| AKORLAIL | 0572833 | 4703.21 | 1/24/22 | 3/1/2022 | -4703.21 | 36 |
| AKORLAIL | 0571073 | 2684.38 | 1/25/22 | 3/1/2022 | -2684.38 | 35 |
| AKORLAIL | 0571351 | 4716.47 | 1/25/22 | 3/1/2022 | -4716.47 | 35 |
| AKORLAIL | 0572995 | 1915.88 | 1/26/22 | 3/1/2022 | -1915.88 | 34 |
| AKORLAIL | 0571088 | 2844.28 | 1/31/22 | 3/9/2022 | -2844.28 | 37 |
| AKORLAIL | 0571074 | 2690.35 | 2/1/22 | 3/9/2022 | -2690.35 | 36 |
| AKORLAIL | 0572832 | 4716.47 | 2/1/22 | 3/9/2022 | -4716.47 | 36 |
| AKORLAIL | 0572837 | 4725.31 | 2/1/22 | 3/9/2022 | -4725.31 | 36 |
| AKORLAIL | 0571352 | 4725.31 | 2/2/22 | 3/9/2022 | -4725.31 | 35 |
| AKORLAIL | 0571079 | 2842.7 | 2/3/22 | 3/9/2022 | -2842.70 | 34 |
| AKORLAIL | 0571087 | 2840.09 | 2/8/22 | 3/17/2022 | -2840.09 | 37 |
| AKORLAIL | 0573622 | 2696.32 | 2/8/22 | 3/17/2022 | -2696.32 | 37 |
| AKORLAIL | 0573626 | 2846.86 | 2/8/22 | 3/17/2022 | -2846.86 | 37 |
| AKORLAIL | 0572684 | 1913.73 | 2/10/22 | 3/17/2022 | -1913.73 | 35 |
| AKORLAIL | 0573485 | 4734.15 | 2/10/22 | 3/17/2022 | -4734.15 | 35 |
| AKORLAIL | 0573662 | 4734.15 | 2/10/22 | 3/17/2022 | -4734.15 | 35 |
| AKORLAIL | 0573663 | 4734.15 | 2/10/22 | 3/17/2022 | -4734.15 | 35 |
| AKORLAIL | 0573636 | 2858.94 | 2/11/22 | 3/17/2022 | -2858.94 | 34 |
| AKORLAIL | 0573665 | 4756.25 | 2/14/22 | 3/23/2022 | -4756.25 | 37 |
| AKORLAIL | 0574371 | 1923.4 | 2/14/22 | 3/23/2022 | -1923.40 | 37 |
| AKORLAIL | 0572686 | 450 | 2/15/22 | 3/23/2022 | -450.00 | 36 |
| AKORLAIL | 0573623 | 2711.24 | 2/15/22 | 3/23/2022 | -2711.24 | 36 |
| AKORLAIL | 0573628 | 2861.42 | 2/16/22 | 3/23/2022 | -2861.42 | 35 |
| AKORLAIL | 0573646 | 1923.4 | 2/16/22 | 3/23/2022 | -1923.40 | 35 |
| AKORLAIL | 0573666 | 4756.25 | 2/16/22 | 3/23/2022 | -4756.25 | 35 |
| AKORLAIL | 0574450 | 4911.34 | 2/16/22 | 3/23/2022 | -4911.34 | 35 |
| AKORLAIL | 0573627 | 2857.26 | 2/18/22 | 3/23/2022 | -2857.26 | 33 |
| AKORLAIL | 0573670 | 4756.25 | 2/18/22 | 3/30/2022 | -4756.25 | 40 |
| AKORLAIL | 0572688 | 450 | 2/22/22 | 3/30/2022 | -450.00 | 36 |
| AKORLAIL | 0573647 | 1925.55 | 2/22/22 | 3/30/2022 | -1925.55 | 36 |
| AKORLAIL | 0573671 | 4765.09 | 2/22/22 | 3/30/2022 | -4765.09 | 36 |
| AKORLAIL | 0573672 | 4765.09 | 2/22/22 | 3/30/2022 | -4765.09 | 36 |
| AKORLAIL | 0573624 | 2717.21 | 2/23/22 | 3/30/2022 | -2717.21 | 35 |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0573673 | 4765.09 | 2/24/22 | 3/30/2022 | -4765.09 | 34 |
| AKORLAIL | 0573648 | 1925.55 | 2/28/22 | 4/7/2022 | -1925.55 | 38 |
| AKORLAIL | 0573674 | 4765.09 | 2/28/22 | 4/7/2022 | -4765.09 | 38 |
| AKORLAIL | 0573625 | 2723.18 | 3/1/22 | 4/7/2022 | -2723.18 | 37 |
| AKORLAIL | 0573630 | 2865.58 | 3/2/22 | 4/7/2022 | -2865.58 | 36 |
| AKORLAIL | 0573643 | 2867.32 | 3/4/22 | 4/7/2022 | -2867.32 | 34 |
| AKORLAIL | 0575593 | 2871.51 | 3/7/22 | 4/13/2022 | -2871.51 | 37 |
| AKORLAIL | 0575600 | 1929.85 | 3/7/22 | 4/13/2022 | -1929.85 | 37 |
| AKORLAIL | 0575729 | 2729.15 | 3/10/22 | 4/19/2022 | -2729.15 | 40 |
| AKORLAIL | 0575695 | 4782.77 | 3/11/22 | 4/19/2022 | -4782.77 | 39 |
| AKORLAIL | 0573642 | 2863.13 | 3/14/22 | 4/19/2022 | -2863.13 | 36 |
| AKORLAIL | 0575588 | 2925.9 | 3/15/22 | 4/19/2022 | -2925.90 | 35 |
| AKORLAIL | 0575731 | 2809.75 | 3/15/22 | 4/19/2022 | -2809.75 | 35 |
| AKORLAIL | 0573675 | 4773.93 | 3/16/22 | 4/19/2022 | -4773.93 | 34 |
| AKORLAIL | 0575587 | 2869.74 | 3/16/22 | 4/19/2022 | -2869.74 | 34 |
| AKORLAIL | 0575601 | 1958.88 | 3/16/22 | 4/19/2022 | -1958.88 | 34 |
| AKORLAIL | 0575696 | 4782.77 | 3/16/22 | 4/19/2022 | -4782.77 | 34 |
| AKORLAIL | 0575697 | 4902.11 | 3/17/22 | 4/19/2022 | -4902.11 | 33 |
| AKORLAIL | 0575698 | 4902.11 | 3/17/22 | 4/19/2022 | -4902.11 | 33 |
| AKORLAIL | 0575595 | 2928.08 | 3/18/22 | 4/19/2022 | -2928.08 | 32 |
| AKORLAIL | 0575589 | 2925.9 | 3/21/22 | 4/27/2022 | -2925.90 | 37 |
| AKORLAIL | 0575602 | 1958.88 | 3/25/22 | 4/27/2022 | -1958.88 | 33 |
| AKORLAIL | 0575699 | 4902.11 | 3/25/22 | 4/27/2022 | -4902.11 | 33 |
| AKORLAIL | 0575700 | 4902.11 | 3/25/22 | 4/27/2022 | -4902.11 | 33 |
| AKORLAIL | 0575733 | 2809.75 | 3/25/22 | 4/27/2022 | -2809.75 | 33 |
| AKORLAIL | 0575590 | 2925.9 | 3/28/22 | 5/4/2022 | -2925.90 | 37 |
| AKORLAIL | 0575702 | 4902.11 | 3/29/22 | 5/4/2022 | -4902.11 | 36 |
| AKORLAIL | 0575734 | 2809.75 | 3/29/22 | 5/4/2022 | -2809.75 | 36 |
| AKORLAIL | 0575597 | 2928.08 | 3/30/22 | 5/4/2022 | -2928.08 | 35 |
| AKORLAIL | 0575598 | 2928.08 | 3/30/22 | 5/4/2022 | -2928.08 | 35 |
| AKORLAIL | 0577570 | 1976.08 | 4/1/22 | 5/4/2022 | -1976.08 | 33 |
| AKORLAIL | 0577802 | 3684.36 | 4/4/22 | 5/11/2022 | -3684.36 | 37 |
| AKORLAIL | 0575604 | 1976.08 | 4/5/22 | 5/11/2022 | -1976.08 | 36 |
| AKORLAIL | 0575703 | 4972.83 | 4/6/22 | 5/11/2022 | -4972.83 | 35 |
| AKORLAIL | 0575592 | 2959.18 | 4/7/22 | 5/11/2022 | -2959.18 | 34 |
| AKORLAIL | 0575599 | 2961.6 | 4/8/22 | 5/11/2022 | -2961.60 | 33 |
| AKORLAIL | 0575603 | 1973.93 | 4/8/22 | 5/18/2022 | -1973.93 | 40 |
| AKORLAIL | 0577703 | 2955.02 | 4/11/22 | 5/18/2022 | -2955.02 | 37 |
| AKORLAIL | 0577686 | 2851.54 | 4/14/22 | 5/18/2022 | -2851.54 | 34 |
| AKORLAIL | 0577712 | 2957.41 | 4/13/22 | 5/25/2022 | -2957.41 | 42 |
| AKORLAIL | 0577743 | 4963.99 | 4/13/22 | 5/25/2022 | -4963.99 | 42 |
| AKORLAIL | 0577744 | 4963.99 | 4/13/22 | 5/25/2022 | -4963.99 | 42 |
| AKORLAIL | 0577698 | 2842.58 | 4/26/22 | 6/1/2022 | -2842.58 | 36 |
| AKORLAIL | 0577706 | 2948.78 | 4/26/22 | 6/1/2022 | -2948.78 | 36 |
| AKORLAIL | 0577720 | 1970.7 | 4/26/22 | 6/1/2022 | -1970.70 | 36 |
| AKORLAIL | 0577735 | 2951.12 | 4/26/22 | 6/1/2022 | -2951.12 | 36 |
| AKORLAIL | 0577738 | 2955.31 | 4/26/22 | 6/1/2022 | -2955.31 | 36 |
| AKORLAIL | 0577707 | 2952.94 | 4/28/22 | 6/1/2022 | -2952.94 | 34 |
| AKORLAIL | 0575701 | 4963.99 | 4/26/22 | 6/8/2022 | -4963.99 | 43 |
| AKORLAIL | 0575704 | 4972.83 | 4/28/22 | 6/8/2022 | -4972.83 | 41 |
| AKORLAIL | 0578904 | 1972.85 | 5/4/22 | 6/8/2022 | -1972.85 | 35 |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0577740 | 2959.5 | 5/5/22 | 6/8/2022 | -2959.50 | 34 |
| AKORLAIL | 0577700 | 2854.52 | 5/6/22 | 6/8/2022 | -2854.52 | 33 |
| AKORLAIL | 0577699 | 2848.55 | 5/3/22 | 6/15/2022 | -2848.55 | 43 |
| AKORLAIL | 0577729 | 1972.85 | 5/3/22 | 6/15/2022 | -1972.85 | 43 |
| AKORLAIL | 0577730 | 1975 | 5/6/22 | 6/15/2022 | -1975.00 | 40 |
| AKORLAIL | 0577819 | 2965.42 | 5/11/22 | 6/15/2022 | -2965.42 | 35 |
| AKORLAIL | 0577708 | 2957.1 | 5/12/22 | 6/15/2022 | -2957.10 | 34 |
| AKORLAIL | 0577745 | 4950.73 | 5/12/22 | 6/15/2022 | -4950.73 | 34 |
| AKORLAIL | 0577746 | 4950.73 | 5/12/22 | 6/15/2022 | -4950.73 | 34 |
| AKORLAIL | 0577747 | 4959.57 | 5/12/22 | 6/15/2022 | -4959.57 | 34 |
| AKORLAIL | 0577749 | 4968.41 | 5/12/22 | 6/15/2022 | -4968.41 | 34 |
| AKORLAIL | 0577750 | 4968.41 | 5/12/22 | 6/15/2022 | -4968.41 | 34 |
| AKORLAIL | 0577820 | 2965.42 | 5/17/22 | 6/24/2022 | -2965.42 | 38 |
| AKORLAIL | 0577824 | 2967.88 | 5/17/22 | 6/24/2022 | -2967.88 | 38 |
| AKORLAIL | 0577857 | 1979.3 | 5/17/22 | 6/24/2022 | -1979.30 | 38 |
| AKORLAIL | 0577814 | 2866.46 | 5/18/22 | 6/24/2022 | -2866.46 | 37 |
| AKORLAIL | 0577825 | 2967.88 | 5/20/22 | 6/24/2022 | -2967.88 | 35 |
| AKORLAIL | 0577858 | 1979.3 | 5/20/22 | 6/24/2022 | -1979.30 | 35 |
| AKORLAIL | 0577849 | 4986.09 | 5/23/22 | 6/28/2022 | -4986.09 | 36 |
| AKORLAIL | 0577821 | 2965.42 | 5/24/22 | 6/28/2022 | -2965.42 | 35 |
| AKORLAIL | 0577827 | 2967.88 | 5/24/22 | 6/28/2022 | -2967.88 | 35 |
| AKORLAIL | 0577841 | 4986.09 | 5/24/22 | 6/28/2022 | -4986.09 | 35 |
| AKORLAIL | 0577842 | 4986.09 | 5/24/22 | 6/28/2022 | -4986.09 | 35 |
| AKORLAIL | 0577748 | 4959.57 | 5/26/22 | 6/28/2022 | -4959.57 | 33 |
| AKORLAIL | 0577838 | 4986.09 | 5/27/22 | 7/6/2022 | -4986.09 | 40 |
| AKORLAIL | 0577840 | 4986.09 | 5/27/22 | 7/6/2022 | -4986.09 | 40 |
| AKORLAIL | 0577860 | 1979.3 | 5/27/22 | 7/6/2022 | -1979.30 | 40 |
| AKORLAIL | 0577892 | 2866.46 | 5/31/22 | 7/6/2022 | -2866.46 | 36 |
| AKORLAIL | 0577815 | 2866.46 | 6/1/22 | 7/6/2022 | -2866.46 | 35 |
| AKORLAIL | 0577832 | 2967.88 | 6/2/22 | 7/6/2022 | -2967.88 | 34 |
| AKORLAIL | 0577817 | 2866.46 | 6/2/22 | 7/14/2022 | -2866.46 | 42 |
| AKORLAIL | 0577850 | 4986.09 | 6/2/22 | 7/14/2022 | -4986.09 | 42 |
| AKORLAIL | 0577822 | 2965.42 | 6/6/22 | 7/14/2022 | -2965.42 | 38 |
| AKORLAIL | 0581667 | 4181.96 | 6/6/22 | 7/14/2022 | -4181.96 | 38 |
| AKORLAIL | 0581710 | 6498.38 | 6/7/22 | 7/14/2022 | -6498.38 | 37 |
| AKORLAIL | 0579668 | 2990.93 | 6/8/22 | 7/14/2022 | -2990.93 | 36 |
| AKORLAIL | 0577823 | 2988.3 | 6/9/22 | 7/14/2022 | -2988.30 | 35 |
| AKORLAIL | 0577853 | 5039.13 | 6/9/22 | 7/14/2022 | -5039.13 | 35 |
| AKORLAIL | 0579807 | 1991.13 | 6/13/22 | 7/20/2022 | -1991.13 | 37 |
| AKORLAIL | 0577861 | 1992.2 | 6/14/22 | 7/20/2022 | -1992.20 | 36 |
| AKORLAIL | 0579649 | 2920.19 | 6/15/22 | 7/20/2022 | -2920.19 | 35 |
| AKORLAIL | 0581709 | 9100.13 | 6/15/22 | 7/20/2022 | -9100.13 | 35 |
| AKORLAIL | 0579753 | 5034.71 | 6/16/22 | 7/20/2022 | -5034.71 | 34 |
| AKORLAIL | 0579790 | 5065.65 | 6/16/22 | 7/20/2022 | -5065.65 | 34 |
| AKORLAIL | 0579652 | 2920.19 | 6/21/22 | 7/29/2022 | -2920.19 | 38 |
| AKORLAIL | 0579661 | 3002.86 | 6/21/22 | 7/29/2022 | -3002.86 | 38 |
| AKORLAIL | 0579671 | 3005.59 | 6/21/22 | 7/29/2022 | -3005.59 | 38 |
| AKORLAIL | 0579809 | 1998.65 | 6/21/22 | 7/29/2022 | -1998.65 | 38 |
| AKORLAIL | 0579812 | 1998.65 | 6/22/22 | 7/29/2022 | -1998.65 | 37 |
| AKORLAIL | 0579653 | 2920.19 | 6/27/22 | 8/2/2022 | -2920.19 | 36 |
| AKORLAIL | 0579665 | 3002.86 | 6/27/22 | 8/2/2022 | -3002.86 | 36 |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0579813 | 1998.65 | 6/27/22 | 8/2/2022 | -1998.65 | 36 |
| AKORLAIL | 0583210 | 2299.22 | 6/27/22 | 8/2/2022 | -2299.22 | 36 |
| AKORLAIL | 0583211 | 2299.22 | 6/27/22 | 8/2/2022 | -2299.22 | 36 |
| AKORLAIL | 0583213 | 2299.22 | 6/27/22 | 8/2/2022 | -2299.22 | 36 |
| AKORLAIL | 0583214 | 2299.22 | 6/27/22 | 8/2/2022 | -2299.22 | 36 |
| AKORLAIL | 0577852 | 5047.97 | 6/29/22 | 8/2/2022 | -5047.97 | 34 |
| AKORLAIL | 0579673 | 3005.59 | 6/29/22 | 8/2/2022 | -3005.59 | 34 |
| AKORLAIL | 0583207 | 2299.22 | 6/29/22 | 8/2/2022 | -2299.22 | 34 |
| AKORLAIL | 0583212 | 2299.22 | 6/30/22 | 8/2/2022 | -2299.22 | 33 |
| AKORLAIL | 0579664 | 3002.86 | 7/1/22 | 8/2/2022 | -3002.86 | 32 |
| AKORLAIL | 0579677 | 3005.59 | 7/1/22 | 8/2/2022 | -3005.59 | 32 |
| AKORLAIL | 0583494 | 2299.22 | 7/1/22 | 8/2/2022 | -2299.22 | 32 |
| AKORLAIL | 0579815 | 1998.65 | 7/7/22 | 8/10/2022 | -1998.65 | 34 |
| AKORLAIL | 0583496 | 2299.22 | 7/8/22 | 8/10/2022 | -2299.22 | 33 |
| AKORLAIL | 0582086 | 3005.59 | 7/11/22 | 8/17/2022 | -3005.59 | 37 |
| AKORLAIL | 0583495 | 2299.22 | 7/11/22 | 8/17/2022 | -2299.22 | 37 |
| AKORLAIL | 0582075 | 3000.78 | 7/12/22 | 8/17/2022 | -3000.78 | 36 |
| AKORLAIL | 0579657 | 2929.15 | 7/13/22 | 8/17/2022 | -2929.15 | 35 |
| AKORLAIL | 0582064 | 2917.21 | 7/13/22 | 8/17/2022 | -2917.21 | 35 |
| AKORLAIL | 0583499 | 2295.01 | 7/13/22 | 8/17/2022 | -2295.01 | 35 |
| AKORLAIL | 0579804 | 5078.91 | 7/14/22 | 8/25/2022 | -5078.91 | 42 |
| AKORLAIL | 0579798 | 5083.33 | 7/15/22 | 8/25/2022 | -5083.33 | 41 |
| AKORLAIL | 0579802 | 5083.33 | 7/15/22 | 8/25/2022 | -5083.33 | 41 |
| AKORLAIL | 0579805 | 5078.91 | 7/15/22 | 8/25/2022 | -5078.91 | 41 |
| AKORLAIL | 0582109 | 5061.23 | 7/15/22 | 8/25/2022 | -5061.23 | 41 |
| AKORLAIL | 0582082 | 2990.38 | 7/18/22 | 8/25/2022 | -2990.38 | 38 |
| AKORLAIL | 0582110 | 5061.23 | 7/18/22 | 8/25/2022 | -5061.23 | 38 |
| AKORLAIL | 0583536 | 2295.01 | 7/18/22 | 8/25/2022 | -2295.01 | 38 |
| AKORLAIL | 0582129 | 1997.58 | 7/19/22 | 8/25/2022 | -1997.58 | 37 |
| AKORLAIL | 0582095 | 2993.02 | 7/21/22 | 8/25/2022 | -2993.02 | 35 |
| AKORLAIL | 0582068 | 2902.28 | 7/25/22 | 9/1/2022 | -2902.28 | 38 |
| AKORLAIL | 0582084 | 2979.98 | 7/25/22 | 9/1/2022 | -2979.98 | 38 |
| AKORLAIL | 0579746 | 3011.88 | 7/27/22 | 9/1/2022 | -3011.88 | 36 |
| AKORLAIL | 0582069 | 2887.36 | 7/28/22 | 9/8/2022 | -2887.36 | 42 |
| AKORLAIL | 0582073 | 2866.46 | 8/5/22 | 9/8/2022 | -2866.46 | 34 |
| AKORLAIL | 0582103 | 2982.55 | 8/11/22 | 9/13/2022 | -2982.55 | 33 |
| AKORLAIL | 0582111 | 5039.13 | 8/11/22 | 9/13/2022 | -5039.13 | 33 |
| AKORLAIL | 0582112 | 5039.13 | 8/11/22 | 9/13/2022 | -5039.13 | 33 |
| AKORLAIL | 0582131 | 1992.2 | 8/11/22 | 9/13/2022 | -1992.20 | 33 |
| AKORLAIL | 0582133 | 1986.83 | 8/11/22 | 9/13/2022 | -1986.83 | 33 |
| AKORLAIL | 0582134 | 1979.3 | 8/11/22 | 9/13/2022 | -1979.30 | 33 |
| AKORLAIL | 0583929 | 2955.02 | 8/11/22 | 9/13/2022 | -2955.02 | 33 |
| AKORLAIL | 0582085 | 2965.42 | 8/12/22 | 9/13/2022 | -2965.42 | 32 |
| AKORLAIL | 0583903 | 2851.54 | 8/12/22 | 9/13/2022 | -2851.54 | 32 |
| AKORLAIL | 0583942 | 2957.41 | 8/12/22 | 9/13/2022 | -2957.41 | 32 |
| AKORLAIL | 0582104 | 2967.88 | 8/18/22 | 9/22/2022 | -2967.88 | 35 |
| AKORLAIL | 0583905 | 2833.63 | 8/18/22 | 9/22/2022 | -2833.63 | 35 |
| AKORLAIL | 0583930 | 2942.54 | 8/18/22 | 9/22/2022 | -2942.54 | 35 |
| AKORLAIL | 0584596 | 1973.93 | 8/18/22 | 9/22/2022 | -1973.93 | 35 |
| AKORLAIL | 0584598 | 1967.48 | 8/18/22 | 9/22/2022 | -1967.48 | 35 |
| AKORLAIL | 0583907 | 2824.67 | 8/26/22 | 9/27/2022 | -2824.67 | 32 |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0583931 | 2936.3 | 8/26/22 | 9/27/2022 | -2936.30 | 32 |
| AKORLAIL | 0583943 | 2944.84 | 8/26/22 | 9/27/2022 | -2944.84 | 32 |
| AKORLAIL | 0583944 | 2938.55 | 8/26/22 | 9/27/2022 | -2938.55 | 32 |
| AKORLAIL | 0582113 | 5017.03 | 8/18/22 | 10/4/2022 | -5017.03 | 47 |
| AKORLAIL | 0582114 | 5017.03 | 8/18/22 | 10/4/2022 | -5017.03 | 47 |
| AKORLAIL | 0582115 | 4986.09 | 8/18/22 | 10/4/2022 | -4986.09 | 47 |
| AKORLAIL | 0582125 | 4986.09 | 8/18/22 | 10/4/2022 | -4986.09 | 47 |
| AKORLAIL | 0583949 | 4963.99 | 8/18/22 | 10/4/2022 | -4963.99 | 47 |
| AKORLAIL | 0584580 | 4963.99 | 8/18/22 | 10/4/2022 | -4963.99 | 47 |
| AKORLAIL | 0579793 | 5065.65 | 8/19/22 | 10/4/2022 | -5065.65 | 46 |
| AKORLAIL | 0584581 | 4937.47 | 8/19/22 | 10/4/2022 | -4937.47 | 46 |
| AKORLAIL | 0579757 | 5065.65 | 8/23/22 | 10/4/2022 | -5065.65 | 42 |
| AKORLAIL | 0579795 | 5065.65 | 8/23/22 | 10/4/2022 | -5065.65 | 42 |
| AKORLAIL | 0584582 | 4937.47 | 8/24/22 | 10/4/2022 | -4937.47 | 41 |
| AKORLAIL | 0583932 | 2936.3 | 8/29/22 | 10/4/2022 | -2936.30 | 36 |
| AKORLAIL | 0584604 | 1964.25 | 8/29/22 | 10/4/2022 | -1964.25 | 36 |
| AKORLAIL | 0583908 | 2824.67 | 8/31/22 | 10/4/2022 | -2824.67 | 34 |
| AKORLAIL | 0575735 | 480.59 | 4/18/22 | 10/12/2022 | -480.59 | 177 |
| AKORLAIL | 0579646 | 2899.3 | 6/13/22 | 10/12/2022 | -2899.30 | 121 |
| AKORLAIL | 0577854 | 2150 | 6/29/22 | 10/12/2022 | -2150.00 | 105 |
| AKORLAIL | 0579667 | 3002.86 | 7/7/22 | 10/12/2022 | -3002.86 | 97 |
| AKORLAIL | 0583933 | 2952.94 | 9/12/22 | 10/18/2022 | -2952.94 | 36 |
| AKORLAIL | 0586818 | 2848.55 | 9/12/22 | 10/18/2022 | -2848.55 | 36 |
| AKORLAIL | 0586850 | 1972.85 | 9/12/22 | 10/18/2022 | -1972.85 | 36 |
| AKORLAIL | 0583945 | 2938.55 | 9/13/22 | 10/18/2022 | -2938.55 | 35 |
| AKORLAIL | 0583946 | 2955.31 | 9/13/22 | 10/18/2022 | -2955.31 | 35 |
| AKORLAIL | 0584588 | 4959.57 | 9/13/22 | 10/18/2022 | -4959.57 | 35 |
| AKORLAIL | 0584583 | 4924.21 | 9/16/22 | 10/18/2022 | -4924.21 | 32 |
| AKORLAIL | 0584584 | 4924.21 | 9/16/22 | 10/18/2022 | -4924.21 | 32 |
| AKORLAIL | 0584585 | 4924.21 | 9/16/22 | 10/18/2022 | -4924.21 | 32 |
| AKORLAIL | 0586824 | 2950.86 | 9/16/22 | 10/18/2022 | -2950.86 | 32 |
| AKORLAIL | 0586831 | 2953.22 | 9/16/22 | 10/18/2022 | -2953.22 | 32 |
| AKORLAIL | 0586836 | 4959.57 | 9/16/22 | 10/18/2022 | -4959.57 | 32 |
| AKORLAIL | 0586837 | 4955.15 | 9/16/22 | 10/18/2022 | -4955.15 | 32 |
| AKORLAIL | 0586853 | 1971.78 | 9/19/22 | 10/26/2022 | -1971.78 | 37 |
| AKORLAIL | 0584605 | 1964.25 | 9/21/22 | 10/26/2022 | -1964.25 | 35 |
| AKORLAIL | 0586827 | 2946.7 | 9/22/22 | 10/26/2022 | -2946.70 | 34 |
| AKORLAIL | 0586821 | 2839.6 | 9/23/22 | 10/26/2022 | -2839.60 | 33 |
| AKORLAIL | 0586832 | 2949.03 | 9/23/22 | 10/26/2022 | -2949.03 | 33 |
| AKORLAIL | 0586828 | 2940.46 | 9/26/22 | 11/2/2022 | -2940.46 | 37 |
| AKORLAIL | 0586856 | 1969.63 | 9/26/22 | 11/2/2022 | -1969.63 | 37 |
| AKORLAIL | 0586822 | 2830.64 | 9/29/22 | 11/2/2022 | -2830.64 | 34 |
| AKORLAIL | 0586820 | 2845.57 | 9/30/22 | 11/2/2022 | -2845.57 | 33 |
| AKORLAIL | 0586829 | 2934.22 | 9/30/22 | 11/2/2022 | -2934.22 | 33 |
| AKORLAIL | 0586838 | 4946.31 | 9/27/22 | 11/21/2022 | -4946.31 | 55 |
| AKORLAIL | 0586839 | 4946.31 | 9/27/22 | 11/21/2022 | -4946.31 | 55 |
| AKORLAIL | 0586840 | 4946.31 | 9/27/22 | 11/21/2022 | -4946.31 | 55 |
| AKORLAIL | 0586833 | 2942.74 | 10/3/22 | 11/21/2022 | -2942.74 | 49 |
| AKORLAIL | 0586857 | 1966.4 | 10/3/22 | 11/21/2022 | -1966.40 | 49 |
| AKORLAIL | 0589083 | 1966.4 | 10/3/22 | 11/21/2022 | -1966.40 | 49 |
| AKORLAIL | 0586823 | 2821.69 | 10/7/22 | 11/21/2022 | -2821.69 | 45 |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0586879 | 1963.18 | 10/7/22 | 11/21/2022 | -1963.18 | 45 |
| AKORLAIL | 0589027 | 2930.06 | 10/7/22 | 11/21/2022 | -2930.06 | 45 |
| AKORLAIL | 0586844 | 4933.05 | 10/3/22 | 11/22/2022 | -4933.05 | 50 |
| AKORLAIL | 0586846 | 4933.05 | 10/3/22 | 11/22/2022 | -4933.05 | 50 |
| AKORLAIL | 0584587 | 4924.21 | 10/4/22 | 11/22/2022 | -4924.21 | 49 |
| AKORLAIL | 0586835 | 2936.46 | 10/12/22 | 11/22/2022 | -2936.46 | 41 |
| AKORLAIL | 0589070 | 2932.27 | 10/13/22 | 11/22/2022 | -2932.27 | 40 |
| AKORLAIL | 0589117 | 1961.03 | 10/13/22 | 11/22/2022 | -1961.03 | 40 |
| AKORLAIL | 0586847 | 4919.79 | 10/14/22 | 11/22/2022 | -4919.79 | 39 |
| AKORLAIL | 0586849 | 4919.79 | 10/14/22 | 11/22/2022 | -4919.79 | 39 |
| AKORLAIL | 0589021 | 2815.72 | 10/14/22 | 11/22/2022 | -2815.72 | 39 |
| AKORLAIL | 0589023 | 2860.49 | 10/19/22 | 1/4/2023 | -2860.49 | 77 |
| AKORLAIL | 0589118 | 1977.15 | 10/19/22 | 1/4/2023 | -1977.15 | 77 |
| AKORLAIL | 0589036 | 2971.66 | 10/20/22 | 1/4/2023 | -2971.66 | 76 |
| AKORLAIL | 0589072 | 2963.69 | 10/21/22 | 1/4/2023 | -2963.69 | 75 |
| AKORLAIL | 0589119 | 1982.53 | 10/25/22 | 1/4/2023 | -1982.53 | 71 |
| AKORLAIL | 0589025 | 3120.42 | 10/26/22 | 1/4/2023 | -2875.42 | 70 |
| AKORLAIL | 0589035 | 2961.26 | 10/26/22 | 1/4/2023 | -2961.26 | 70 |
| AKORLAIL | 0589079 | 4910.95 | 10/26/22 | 1/4/2023 | -4910.95 | 70 |
| AKORLAIL | 0589084 | 4977.25 | 10/26/22 | 1/4/2023 | -4977.25 | 70 |
| AKORLAIL | 0589086 | 4977.25 | 10/26/22 | 1/4/2023 | -4977.25 | 70 |
| AKORLAIL | 0589038 | 2971.66 | 10/28/22 | 1/4/2023 | -2971.66 | 68 |
| AKORLAIL | 0589075 | 2974.17 | 10/28/22 | 1/4/2023 | -2974.17 | 68 |
| AKORLAIL | 0589026 | 2875.42 | 11/1/22 | 1/5/2023 | -2875.42 | 65 |
| AKORLAIL | 0589077 | 2974.17 | 11/2/22 | 1/5/2023 | -2974.17 | 64 |
| AKORLAIL | 0589087 | 4999.35 | 11/2/22 | 1/5/2023 | -4999.35 | 64 |
| AKORLAIL | 0589093 | 4999.34 | 11/2/22 | 1/5/2023 | -4999.34 | 64 |
| AKORLAIL | 0589120 | 1982.53 | 11/2/22 | 1/5/2023 | -1982.53 | 64 |
| AKORLAIL | 0591174 | 2972.07 | 11/4/22 | 1/5/2023 | -2972.07 | 62 |
| AKORLAIL | 0589095 | 4999.35 | 11/8/22 | 1/17/2023 | -4999.35 | 70 |
| AKORLAIL | 0589098 | 4999.35 | 11/8/22 | 1/17/2023 | -4999.35 | 70 |
| AKORLAIL | 0591153 | 2872.43 | 11/8/22 | 1/17/2023 | -2872.43 | 70 |
| AKORLAIL | 0591183 | 4994.92 | 11/8/22 | 1/17/2023 | -4994.92 | 70 |
| AKORLAIL | 0591213 | 1981.45 | 11/8/22 | 1/17/2023 | -1981.45 | 70 |
| AKORLAIL | 0591161 | 2971.66 | 11/10/22 | 1/17/2023 | -2971.66 | 68 |
| AKORLAIL | 0591186 | 4994.92 | 11/10/22 | 1/17/2023 | -4994.92 | 68 |
| AKORLAIL | 0589081 | 4910.95 | 11/11/22 | 1/17/2023 | -4910.95 | 67 |
| AKORLAIL | 0591158 | 2969.58 | 11/11/22 | 1/17/2023 | -2969.58 | 67 |
| AKORLAIL | 0591154 | 2875.42 | 11/15/22 | 1/17/2023 | -2875.42 | 63 |
| AKORLAIL | 0591165 | 2969.58 | 11/17/22 | 1/17/2023 | -2969.58 | 61 |
| AKORLAIL | 0591176 | 2974.17 | 11/17/22 | 1/17/2023 | -2974.17 | 61 |
| AKORLAIL | 0591214 | 1982.53 | 11/18/22 | 1/17/2023 | -1982.53 | 60 |
| AKORLAIL | 0591194 | 4999.34 | 11/21/22 | 1/17/2023 | -4999.34 | 57 |
| AKORLAIL | 0591203 | 4999.34 | 11/21/22 | 1/17/2023 | -4999.34 | 57 |
| AKORLAIL | 0591216 | 1981.45 | 11/22/22 | 1/17/2023 | -1981.45 | 56 |
| AKORLAIL | 0591156 | 2872.43 | 11/23/22 | 1/17/2023 | -2872.43 | 55 |
| AKORLAIL | 0591180 | 2972.07 | 11/23/22 | 1/17/2023 | -2972.07 | 55 |
| AKORLAIL | 0591217 | 1978.23 | 11/28/22 | 1/17/2023 | -1978.23 | 50 |
| AKORLAIL | 0591205 | 4994.92 | 11/29/22 | 1/17/2023 | -4994.92 | 49 |
| AKORLAIL | 0591207 | 4994.92 | 11/29/22 | 1/17/2023 | -4994.92 | 49 |
| AKORLAIL | 0591172 | 2955.02 | 12/1/22 | 1/17/2023 | -2955.02 | 47 |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0591169 | 2963.34 | 12/2/22 | 1/17/2023 | -2963.34 | 46 |
| AKORLAIL | 0591182 | 2957.41 | 12/5/22 | 1/17/2023 | -2957.41 | 43 |
| AKORLAIL | 0591157 | 2851.54 | 12/8/22 | 1/17/2023 | -2851.54 | 40 |
| AKORLAIL | 0593019 | 2940.46 | 12/8/22 | 1/17/2023 | -2940.46 | 40 |
| AKORLAIL | 0593035 | 2942.74 | 12/8/22 | 1/17/2023 | -2942.74 | 40 |
| AKORLAIL | 0593089 | 1973.93 | 12/8/22 | 1/17/2023 | -1973.93 | 40 |
| AKORLAIL | 0593911 | 1966.4 | 12/8/22 | 1/17/2023 | -1966.40 | 40 |
| AKORLAIL | 0591208 | 4963.98 | 12/9/22 | 1/17/2023 | -4963.98 | 39 |
| AKORLAIL | 0591212 | 4963.98 | 12/9/22 | 1/17/2023 | -4963.98 | 39 |
| AKORLAIL | 0593015 | 2830.64 | 12/9/22 | 1/17/2023 | -2830.64 | 39 |
| AKORLAIL | 0593775 | 4963.98 | 12/13/22 | 1/17/2023 | -4963.98 | 35 |
| AKORLAIL | 0593090 | 1966.4 | 12/14/22 | 1/17/2023 | -1966.40 | 34 |
| AKORLAIL | 0593016 | 2806.76 | 12/19/22 | 1/25/2023 | -2806.76 | 37 |
| AKORLAIL | 0593028 | 2923.82 | 12/27/22 | 2/2/2023 | -2923.82 | 37 |
| AKORLAIL | 0593030 | 2909.26 | 12/27/22 | 2/2/2023 | -2909.26 | 37 |
| AKORLAIL | 0593042 | 2925.98 | 12/27/22 | 2/2/2023 | -2925.98 | 37 |
| AKORLAIL | 0594403 | 1957.8 | 12/27/22 | 2/2/2023 | -1957.80 | 37 |
| AKORLAIL | 0593052 | 4897.68 | 12/28/22 | 2/2/2023 | -4897.68 | 36 |
| AKORLAIL | 0593058 | 4897.68 | 12/28/22 | 2/2/2023 | -4897.68 | 36 |
| AKORLAIL | 0593017 | 2785.87 | 12/29/22 | 2/2/2023 | -2785.87 | 35 |
| AKORLAIL | 0593093 | 1950.28 | 12/29/22 | 2/2/2023 | -1950.28 | 35 |
| AKORLAIL | 0594574 | 2923.82 | 12/29/22 | 2/2/2023 | -2923.82 | 35 |
| AKORLAIL | 0593032 | 2905.1 | 12/30/22 | 2/2/2023 | -2905.10 | 34 |
| AKORLAIL | 0593044 | 2911.32 | 12/30/22 | 2/2/2023 | -2911.32 | 34 |
| AKORLAIL | 0593055 | 4897.68 | 12/30/22 | 2/2/2023 | -4897.68 | 34 |
| AKORLAIL | 0593059 | 4866.74 | 12/30/22 | 2/2/2023 | -4866.74 | 34 |
| AKORLAIL | 0593063 | 4857.9 | 1/4/23 | 2/6/2023 | -4857.90 | 33 |
| AKORLAIL | 0593097 | 1948.13 | 1/4/23 | 2/6/2023 | -1948.13 | 33 |
| AKORLAIL | 0593049 | 2907.13 | 1/5/23 | 2/6/2023 | -2907.13 | 32 |
| AKORLAIL | 0595010 | 3394.03 | 1/6/23 | 2/6/2023 | -3394.03 | 31 |
| AKORLAIL | 0592995 | 2779.9 | 1/6/23 | 2/6/2023 | -2779.90 | 31 |
| AKORLAIL | 0595618 | 3808.95 | 1/10/23 | 2/14/2023 | -3808.95 | 35 |
| AKORLAIL | 0594878 | 1950.28 | 1/11/23 | 2/14/2023 | -1950.28 | 34 |
| AKORLAIL | 0594845 | 2785.87 | 1/11/23 | 2/14/2023 | -2785.87 | 34 |
|  | 0593092 | 2107.8 | 1/11/23 |  |  |  |
| AKORLAIL | 0595735 | 2421.8 | 1/12/23 | 2/21/2023 | -2421.80 | 40 |
| AKORLAIL | 0594809 | 2909.26 | 1/13/23 | 2/21/2023 | -2909.26 | 39 |
| AKORLAIL | 0594820 | 2911.32 | 1/13/23 | 2/21/2023 | -2911.32 | 39 |
| AKORLAIL | 0594856 | 4866.74 | 1/13/23 | 2/21/2023 | -4866.74 | 39 |
| AKORLAIL | 0594862 | 4866.74 | 1/13/23 | 2/21/2023 | -4866.74 | 39 |
| AKORLAIL | 0595737 | 2421.83 | 1/16/23 | 2/21/2023 | -2421.83 | 36 |
| AKORLAIL | 0595739 | 2562.98 | 1/16/23 | 2/21/2023 | -2562.98 | 36 |
| AKORLAIL | 0594846 | 2779.9 | 1/16/23 | 2/21/2023 | -2779.90 | 36 |
| AKORLAIL | 0594867 | 4857.9 | 1/16/23 | 2/21/2023 | -4857.90 | 36 |
| AKORLAIL | 0594881 | 1948.13 | 1/17/23 | 2/21/2023 | -1948.13 | 35 |
| AKORLAIL | 0594811 | 2905.1 | 1/17/23 | 2/21/2023 | -2905.10 | 35 |
| AKORLAIL | 0594834 | 2907.13 | 1/17/23 | 2/21/2023 | -2907.13 | 35 |
| AKORLAIL | 0594812 | 2903.02 | 1/18/23 | 2/21/2023 | -2903.02 | 34 |
| AKORLAIL | 0595741 | 2419.72 | 1/19/23 |  |  |  |
| AKORLAIL | 0594865 | 4857.9 | 1/20/23 |  |  |  |
| AKORLAIL | 0594839 | 2905.03 | 1/23/23 |  |  |  |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| AKORLAIL | 0594884 | 1947.05 | 1/23/23 | | | |
| AKORLAIL | 0595757 | 2419.73 | 1/23/23 | | | |
| AKORLAIL | 0594848 | 2776.91 | 1/25/23 | | | |
| AKORLAIL | 0595760 | 2559.99 | 1/25/23 | | | |
| AKORLAIL | 0594869 | 4853.48 | 1/26/23 | | | |
| AKORLAIL | 0594871 | 4853.48 | 1/26/23 | | | |
| AKORLAIL | 0595752 | 2428.04 | 1/26/23 | | | |
| AKORLAIL | 0594814 | 2991.34 | 1/27/23 | | | |
| AKORLAIL | 0594840 | 2913.41 | 1/30/23 | | | |
| AKORLAIL | 0594849 | 2788.85 | 1/30/23 | | | |
| AKORLAIL | 0595758 | 2428.11 | 1/30/23 | | | |
| AKORLAIL | 0594885 | 1951.35 | 1/31/23 | | | |
| AKORLAIL | 0595762 | 2571.93 | 1/31/23 | | | |
| AKORLAIL | 0594816 | 2911.34 | 2/2/23 | | | |
| AKORLAIL | 0594873 | 4871.16 | 2/2/23 | | | |
| AKORLAIL | 0595754 | 2428.04 | 2/2/23 | | | |
| AKORLAIL | 0596375 | 2428.11 | 2/6/23 | | | |
| AKORLAIL | 0596388 | 2571.93 | 2/6/23 | | | |
| AKORLAIL | 0594842 | 2913.41 | 2/7/23 | | | |
| AKORLAIL | 0594850 | 3068.85 | 2/8/23 | | | |
| AKORLAIL | 0594874 | 4871.16 | 2/8/23 | | | |
| AKORLAIL | 0594877 | 4871.16 | 2/8/23 | | | |
| AKORLAIL | 0594888 | 1951.35 | 2/8/23 | | | |
| AKORLAIL | 0596371 | 2421.8 | 2/10/23 | | | |
| AKORLAIL | 0596238 | 1948.13 | 2/13/23 | | | |
| AKORLAIL | 0596244 | 2905.1 | 2/13/23 | | | |
| AKORLAIL | 0596376 | 2421.83 | 2/13/23 | | | |
| AKORLAIL | 0594875 | 4871.16 | 2/15/23 | | | |
| AKORLAIL | 0596222 | 2779.9 | 2/15/23 | | | |
| AKORLAIL | 0596225 | 4857.9 | 2/15/23 | | | |
| AKORLAIL | 0596226 | 4857.9 | 2/16/23 | | | |
| AKORLAIL | 0596245 | 2896.78 | 2/16/23 | | | |
| AKORLAIL | 0596250 | 2907.13 | 2/16/23 | | | |
| AKORLAIL | 0596372 | 2413.48 | 2/16/23 | | | |
| AKORLAIL | 0596386 | 2562.98 | 2/16/23 | | | |
| AKORLAIL | 0596239 | 1943.83 | 2/20/23 | | | |
| AKORLAIL | 0596377 | 2413.45 | 2/20/23 | | | |
| AKORLAIL | 0596388 | 2551.04 | 2/20/23 | | | |
| AKORLAIL | 0596223 | 2761.99 | 2/22/23 | | | |
| AKORLAIL | 0596229 | 4841.22 | 2/22/23 | | | |
| AKORLAIL | 0596231 | 4840.22 | 2/22/23 | | | |
| AKORLAIL | 0596251 | 2898.75 | 2/22/23 | | | |
| AKORLAIL | 0598122 | 800.00 | 2/22/23 | | | |

| dbo_customer_id | bo_loads_fjm1_i | invoice_total | bill_date | Payment Received | Amount | Delta |
|---|---|---|---|---|---|---|
| | Average Time between Billing and Payment | Average Amount of Transfers | | | | |
| Preference Period (November 25, 2022 - February 23, 2023) | 49 | -3333.21 | | | | |
| Historical Period (November 25, 2021 - November 25, 2022) | 38 | -3230.20 | | | | |