# APPENDIX 3

New Value Analysis

| Payment Information | | | New Value Information | | | Running Balance | |
|---|---|---|---|---|---|---|---|
| | | | | Start | End | | |
| | | | | 11/25/2022 | 2/23/2023 | | |
| Date | Check # | Amt | NVA Date (FOB Date) | Invoice # | Invoice Amount | | |
| 12/20/2022 | | $1,206.00 | | | | $ | 1,206.00 |
| | | | 12/27/2022 | | $10,716.86 | $ | - |
| 1/5/2023 | | $39,403.48 | | | | $ | 39,403.48 |
| | | | 1/5/2023 | 593049 | $2,907.13 | $ | 36,496.35 |
| 1/6/2023 | | $20,802.88 | | | | $ | 57,299.23 |
| | | | 1/6/2023 | 0595010 0592995 | $6,173.93 | $ | 51,125.30 |
| | | | 1/10/2023 | 595618 | $3,808.95 | $ | 47,316.35 |
| | | | 1/11/2023 | 0594878 0594845 0593092 | $6,843.95 | $ | 40,472.40 |
| | | | 1/12/2023 | 595735 | $2,421.80 | $ | 38,050.60 |
| | | | | | | | |
| 1/12/2023 | | $117,528.83 | | | | $ | 155,579.43 |
| | | | 1/13/2023 | 0594809 0594820 0594856 0594862 | $15,554.06 | $ | 140,025.37 |
| | | | 1/16/2023 | 0595737 0595739 0594846 0594867 | $12,622.61 | $ | 127,402.76 |
| | | | 1/17/2023 | 0594881 0594811 0594834 | $7,760.36 | $ | 119,642.40 |
| | | | 1/18/2023 | 594812 | $2,903.02 | $ | 116,739.38 |
| | | | 1/19/2023 | | $2,419.00 | $ | 114,320.38 |
| | | | 1/20/2023 | | $4,857.90 | $ | 109,462.48 |

New Value Analysis

| Payment Information | | | New Value Information | | | Running Balance |
|---|---|---|---|---|---|---|
| Date | Check # | Amt | NVA Date (FOB Date) | Invoice # | Invoice Amount | |
| | | | 1/23/2023 | | $7,271.81 | $ 102,190.67 |
| | | | 1/25/2023 | | $5,336.90 | $ 96,853.77 |
| | | | 1/26/2023 | | $12,135.00 | $ 84,718.77 |
| 2023/01/26 | | $2,806.76 | | | | $ 87,525.53 |
| | | | 1/27/2023 | | $2,991.34 | $ 84,534.19 |
| | | | 1/30/2023 | | $8,130.37 | $ 76,403.82 |
| | | | 1/31/2023 | | $4,523.28 | $ 71,880.54 |
| | | | 2/2/2023 | | $10,210.54 | $ 61,670.00 |
| 2023/02/02 | | $15,887.09 | | | | $ 77,557.09 |
| 2023/02/03 | | $43,753.03 | | | | $ 121,310.12 |
| | | | 2/6/2023 | | $5,000.04 | $ 116,310.08 |
| | | | 2/7/2023 | | $2,913.41 | $ 113,396.67 |
| | | | 2/8/2023 | | $14,762.52 | $ 98,634.15 |
| 2/8/2023 | | $8,545.10 | | | | $ 107,179.25 |
| | | | 2/10/2023 | | $2,421.80 | $ 104,757.45 |
| | | | 2/13/2023 | | $7,275.06 | $ 97,482.39 |
| 2/13/2023 | | $41,261.85 | | | | $ 138,744.24 |
| | | | 2/15/2023 | | $12,508.96 | $ 126,235.28 |
| | | | 2/16/2023 | | $15,638.27 | $ 110,597.01 |
| | | | 2/20/2023 | | $6,908.32 | $ 103,688.69 |
| | | | 2/22/2023 | | $16,142.18 | $ 87,546.51 |
| | | | | | | $ 87,546.51 |