**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>       Plaintiff,<br>   v.<br><br>TUCKER COMPANY WORLDWIDE, INC.,<br><br>       Defendant. | Adv. Proc. No. 25-50214 (KBO) |

**<u>NOTICE OF WITHDRAWAL OF A.D.I. 19, 20, & 21</u>**

**PLEASE TAKE NOTICE** on August 4, 2026, the undersigned counsel filed the *Motion for Summary Judgment* [A.D.I. 19], *Statement of Undisputed Facts* [A.D.I. 20], and *Brief in Support of Tucker Company Worldwide, Inc.'s Motion for Summary Judgment* [A.D.I. 21] (together, the "<u>Motion for Summary Judgment and Related Documents</u>") in the above-referenced adversary proceeding.

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws the Motion for Summary Judgment and Related Documents filed at A.D.I. 19, 20, & 21 because it was filed under the wrong party. The Motion for Summary Judgment and Related Documents will be refiled under the correct party.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated: August 4, 2026

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (No. 5462)
Juan E. Martinez (No. 6863)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Email: kcapuzzi@beneschlaw.com
           jmartinez@beneschlaw.com

*Counsel to Tucker Company Worldwide, Inc.*

2

## CERTIFICATE OF SERVICE

I, Kevin M. Capuzzi, Esq., hereby certify that on August 4, 2026, I caused a true and correct copy of the foregoing *Notice of Withdrawal of A.D.I. 19, 20, & 21* to be served via CM/ECF to counsel of record listed below:

Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Special Counsel to Plaintiff*

Dated: August 4, 2026

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE No. 5462)