**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>              Plaintiff,<br>     v.<br><br>TUCKER COMPANY WORLDWIDE, INC.,<br><br>              Defendant. | Adv. Proc. No. 25-50214 (KBO) |

**TUCKER COMPANY WORLDWIDE, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Tucker Company Worldwide, Inc. ("Tucker"), by and through its undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7056, moves for summary judgment in its favor against George Miller, as Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.* (the "Plaintiff"). In support of this Motion for Summary Judgment, Tucker submits and incorporates by reference the declaration of James Tucker, a Statement of Undisputed Material Facts Pursuant to Fed. R. Civ. P. Rule 56 and a Brief in Support.

WHEREFORE, for the reasons set forth in the documents in support of this Motion for Summary Judgment, Tucker respectfully requests that this Court enter an Order granting summary judgment in its favor and dismissing the Plaintiff's complaint with prejudice.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated: August 4, 2026

**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE No. 5462)
Juan E. Martinez (DE No. 6863)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Email: kcapuzzi@beneschlaw.com
       jmartinez@beneschlaw.com

*Counsel to Tucker Company Worldwide, Inc.*