**CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, Esq., hereby certify that on August 4, 2026, I caused a true and correct copy of the foregoing *Tucker Company Worldwide, Inc.'s Motion for Summary Judgment* and all related papers to be served via CM/ECF to counsel of record listed below:

Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Special Counsel to Plaintiff*

Dated: August 4, 2026                    **BENESCH, FRIEDLANDER,**
     Wilmington, Delaware                      **COPLAN &ARONOFF, LLP**

                        By:   */s/ Kevin M. Capuzzi*
                               Kevin M. Capuzzi (DE No. 5462)